# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

No: 18-1833

---

Marvin Orlando Johnson

Plaintiff - Appellant

v.

Doctor Todd A. Leonard, Mend Correctional Care; Gwen Blossom, Medical Provider of Mend Correctional Care; Michelle Skroch, Nursing Director of Mend Correctional Care; Doctor John M. Collier, DDS, of Koala Dental, in their official and individual capacities

Defendants - Appellees

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:16-cv-00435-WMW)

---

## JUDGMENT

Before GRUENDER, BENTON and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 03, 2019

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans