# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-1833

Marvin Orlando Johnson

Appellant

v.

Doctor Todd A. Leonard, Mend Correctional Care, et al.

Appellees

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:16-cv-00435-WMW)

---

## MANDATE

In accordance with the opinion and judgment of 07/03/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 15, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit